IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GLENDELL H. FARMS, LTD., KENNETH HARTMAN, JR., ANITA HARTMAN, and JOANN HARTMAN<br><br>    Defendants. | Case No. 23-CV-02756-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of April 22, 2024 (Doc. 21), this action is **DISMISSED with prejudice**.

**DATED: April 22, 2024**

                                          MONICA A. STUMP,
                                          Clerk of Court


                                          By: *s/ Jackie Muckensturm*
                                              **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
                **STEPHEN P. MCGLYNN**
                **U.S. District Judge**